

Charles M.R. Vethan*†  
Joseph L. Lanza  
Diren W. Singhe  
David R. Gantz  
Noah D. Lombardoᵒ  
Justen S. Barks  
Dylan R. Fedderman  
Koby L. Wilbanks  

*Board Certified in Civil Trial Law and
 Consumer & Commercial Law by the
 Texas Board of Legal Specialization

†Licensed in Texas and California
ᵒLicensed in Texas and Colorado

jbarks@vethanlaw.com

July 16, 2018

Beverly White, Case Manager     *Via CM/ECF*
United States District Clerk
P.O. Box 610070
Houston, Texas 77208-0070

> RE: Civil Action No. 4:17-cv-1835; *Classy Art, LLC v. Classy Craft, Inc. d/b/a Classy Crafts, Inc.*; in the United States District Court for the Southern District of Texas, Houston Division

Dear Ms. White:

On Tuesday, July 17, 2018 the parties in the above-styled case are scheduled to attend a settlement conference with Judge Stacy [Dkt. No. 42].

The parties are presently in the final stages of completing settlement documents, and do not need supervision from the Court at this time. The parties, therefore, request that the Court pass the conference as scheduled, as they believe that settlement and dismissal of the litigation is imminent.

Please advise if the Court requires any further information regarding this or any other matter related to the above-styled case. Thank you for your consideration.

Regards,

Justen S. Barks

cc: Mr. Ned E. Ostenso; Mr. Timothy M. McDaniel